Randall G. Nelson
NELSON LAW FIRM, P.C.
2619 St. Johns Avenue, Suite E
Billings, MT  59102
rgnelson@nelsonlawmontana.com
(406) 867-7000
(406) 867-0252 Fax
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THREE BLIND MICE, | ) Cause No. CV-18-103-BLG-SPW |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **NOTICE OF AGREEMENT TO** |
| | ) **STAY OF PROCEEDINGS** |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff and Defendant agree that this matter may be stayed while the parties attempt cooperative resolution of the issues.  Defendant need not file an answer, nor respond to the request for an expedited hearing.  The Court need not provide the parties with a date for the expedited hearing.  Defendant has been contacted through AUSA Victoria Francis and does not object.

//                                                                                                              //

DATED this 10th day of July, 2018.

/s/ Randall G. Nelson
Randall G. Nelson
NELSON LAW FIRM, P.C.
ATTORNEYS FOR PLAINTIFF