IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| THREE BLIND MICE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | CV 18-103-BLG-SPW<br><br>ORDER |

Upon the parties' Notice of Agreement to Stay of Proceedings (Doc. 5), and for good cause being shown,

IT IS HEREBY ORDERED that the above proceedings are **STAYED** pending a resolution of the issues.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Expedited Hearing (Doc. 2) is **DENIED** as moot.

DATED this 11th day of July, 2018.

SUSAN P. WATTERS
United States District Judge